COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-429-CV

IN RE GLENN HARRISON AND MARA HARRISON RELATORS

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

PER CURIAM

PANEL A: LIVINGSTON, J.; CAYCE, C.J.; and HOLMAN, J.

HOLMAN, J., not participating.

DELIVERED: December 12, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.